UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ROBERT CLAUDIO, :
       Petitioner, :
:
v. : No. 5:24-cv-00572
:
DAVID PENSCHICHEN, *WARDEN OF NCP*; :
MS. JANE DOE, *CLERK OF THE COURT* :
*NORTHAMPTON COUNTY COURT OF* :
*COMMON PLEAS*; and GEORGE NASSIF, :
*NORTHAMPTON COUNTY PUBLIC DEFENDER,* :
       Respondents. :
_____

**O R D E R**

**AND NOW**, this 16th day of May, 2024, for the reasons set forth in the Opinion issued this date; **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 6, is **NOT ADOPTED**.

2. The objections, ECF No. 8, are **OVERRULED**.

3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED as moot**.

4. There is no basis for the issuance of a certificate of appealability.

5. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge